## APPEAL OF GRACE A. CROOP.

Docket No. 2154.    Submitted June 2, 1925.    Decided June 26, 1925.

*Grace A. Croop* pro se.
*J. Arthur Adams, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, and SMITH.

This is an appeal from the determination of a deficiency in income tax for the year 1922, in the amount of $16.88. The taxpayer claimed an exemption of $400 for a dependent mother.

### FINDINGS OF FACT.

The taxpayer is an individual residing in the District of Columbia. During the year in question she contributed $30 per month to the support of her mother. Her mother was physically and mentally

capable of self-support and lived with her brother on his farm in Pennsylvania, where she kept house.

DECISION.

The determination of the Commissioner is approved.